UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED ___ ENTERED
LOGGED ___ RECEIVED

OCT 4 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**Print clearly and legibly the following information:**

Ronald Eaton Cornish
_____

Print the full name of plaintiff.

Case No. 1:24-CV-2443-LKG
(Include case number if one has been assigned, otherwise leave blank.)

-against-

Det. Bryan Kershaw
Marilyn J. Mosby (DA)
Angela Diehl (DA)
Richard Pope

**COMPLAINT**
(Prisoner)

Print the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section 4.

1. **LEGAL BASIS FOR CLAIM**

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: Due process, Equal protection,

Libel, Cruel and unusual punishment, Defamation of character,

2. **PLAINTIFF INFORMATION**

Plaintiff must provide the following information. Attach additional pages if necessary.

| Ronald | Cornish | Eaton |
|---|---|---|
| First Name | Middle Initial | Last Name |

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

#1001472926

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number under which you were held)

Hays state Prison
Current Place of Detention

777 underwood Dr.
Institutional Address

| trion | GA | 30753 |
|---|---|---|
| County, City | State | Zip Code |

3. **PRISONER STATUS**

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☑ Convicted and sentenced prisoner
☐ Immigration detainee
☐ Civilly committed detainee
☐ Other: _____

4. **DEFENDANT INFORMATION**

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to the list of defendants in the case caption at the top of page 1 of this complaint form.

**Attach additional pages as necessary.**

| Defendant 1: | Det. Bryan | Kershaw | ? |
|---|---|---|---|
| | First Name | Last Name | Badge # |

2

___Detective___
Current Job Title (or other identifying information)
___Baltimore City___
Current Work Address

_____
County, City        State        Zip Code

Defendant 2:    ___Marilyn J. Mosby___
First Name      Last Name      Badge #
___at that time State's Attorney___
Current Job Title (or other identifying information)
___Baltimore City___
Current Work Address

_____
County, City        State        Zip Code

Defendant 3:    ___Angela Diehl___
First Name      Last Name      Badge #
___at the time State's Attorney___
Current Job Title (or other identifying information)
___Baltimore City___
Current Work Address

_____
County, City        State        Zip Code

Defendant 4:    ___Richard Pope___
First Name      Last Name      Badge #
___Wittness___
Current Job Title (or other identifying information)
___N/A___
Current Work Address

_____
County, City        State        Zip Code

3

5. **STATEMENT OF CLAIM**

- Where did the events take place?

    Name of institution         N/A
    Location in the institution  N/A

    If outside an institution, state where  Baltimore city court.

- When did the events take place?

    Month, date, year    November, 2, 2016

    Time of day          Around there about noon.

- State here briefly the FACTS that support your case. Describe
    1. what happened,
    2. how you were harmed, and
    3. how each defendant that you named took wrongful action that caused you harm.

    **Attach additional pages as necessary.**

On the morning of november, 2, 2016 det. Kershaw was allowed to pick up witness at the time "Richard Pope", and coerce his testimony making it more believeable that I was the person who committed the act of murder.
At the time DA. Mrs. Marilyn J. Mosby and DA Angela Diehl failed to proply investigate accusation which allow, I Ronald Eaton Conish to be prosecuted and convicted falsely. My life was taken from me, my name was trashed, I have been jumped and stabbed over the situation and I have

4

lost out greatly on family support and love. I'm also currently now mental health Level #2

6. **INJURIES:**

If you were injured as a result of these actions, describe your injuries. Also state if you needed medical treatment and if you received it.

I was beaten and stabbed, I also now see a mental health counselor for my trama. I was also given a harsher sentence because I was thought to be a murder. My hometown believes me to now be a monster, which makes it hard for my kids.

7. **RELIEF:**

State briefly what money damages or other relief you want the court to order.

141 million dollars, for every yr. I recieved, for every scar, ~~and fat~~ for every family member I've lost.

## 8. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

- I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases, and be required to make prepayment of the filing fee before my complaint can go forward in the court.

- I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, plaintiff must also submit an IFP application.**

| | |
|---|---|
| 9-24-24 | *[signature]* |
| Date | Plaintiff's Signature |
| Ronald / Cornish / Eaton | |
| First Name / Middle Initial / Last Name | |
| Hays State Prison | |
| Prison Address | |
| Trion | GA  30753 |
| County, City | State  Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 9-24-24